UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC T. SHAVER, | Case No. 2:19-cv-01917-ODW (SHK) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: 8/27/2019

HONORABLE OTIS D. WRIGHT, II
United States District Judge